IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| vs. | : | |
| | : | NO. 15-CR-114 |
| AMIN DE CASTRO | : | |

## O R D E R

AND NOW, this 13th day of September, 2021, it is hereby ORDERED that Amin De Castro's Petition for Writ of Error *Coram Nobis* (ECF Nos. 75 and 76) is DENIED for the reasons stated in the contemporaneously filed Memorandum Opinion.

BY THE COURT:

/s/ Juan R. Sanchez
_____
Juan R. Sanchez,            C.J.